UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20181-CIV-SEITZ
MAGISTRATE JUDGE P.A. WHITE

EUGENE E. MACK,                :

    Plaintiff,             :         REPORT OF
                                        MAGISTRATE JUDGE
v.                             :

LINDA LOIZZO, ET AL.,          :

    Defendants.            :
_____

    This Cause is before the Court upon the defendant Fogelgren's Motion to Dismiss. [DE# 26].

    Fogelgren seeks the dismissal of the Complaint against him in his official capacity.

    On January 31, 2008, the Undersigned issued a Preliminary Report recommending, <u>inter alia</u>, the claims of excessive force and failure to intervene under the Fourth Amendment and related pendent state law claims proceed against the defendant Foglegren only in his individual capacity. [DE# 6]. On April 7, 2008, the Honorable Patricia A. Seitz issued an Order adopting the recommendations of the Report, including the recommendation that the Complaint proceed against Fogelgren only in his individual capacity and any official capacity claims be dismissed. A subsequent Report addressing Fogelgren's prior Motion to Dismiss also noted that the case was proceeding against him only in his individual capacity. [DE# 20].

    Based on the foregoing, it is recommended that the defendant Fogelgren's Motion to Dismiss [DE# 26] be denied as moot, as this

Court has dismissed the official capacity claims against the defendant Fogelgren.

Objections to this report may be filed with the District Judge within ten days of receipt of a copy of the report.

It is so recommended at Miami, Florida, this 24th day of July, 2008.

_____
UNITED STATES MAGISTRATE JUDGE


cc:   Eugene E. Mack, Pro Se
      No.  04-6520
      Walton Correctional Institution
      691 World War II Veterans Lane
      DeFuniak Springs, FL 32433

      Darcee S. Siegel, Esq.
      City Attorney's Office
      17011 NE 19th Avenue
      North Miami Beach, FL 33162