UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-20181-CIV-SEITZ/WHITE

EUGENE MACK,

        Plaintiff,

v.

LINDA LOIZZO, et al.,

        Defendants.
_____/

## ORDER ADOPTING AND AFFIRMING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THIS MATTER is before the Court on the Report and Recommendation [DE-28] of Magistrate Judge White. Magistrate Judge White recommends denying as moot Defendant Fogelgren's Motion to Dismiss [DE-26]. On April 7, 2008, the Court dismissed all claims against Defendant Fogelgren in his official capacity [DE-6, 13]. Notwithstanding, Fogelgren seeks dismissal of all official capacity claims. As the Court previously granted the requested relief, the instant Motion is moot.

Having said that, the Court has carefully reviewed, *de novo,* Magistrate Judge White's Report and Recommendation, the record and pertinent legal authorities, and fully agrees with the Magistrate Judge's thorough and well-reasoned analysis. Based on the legal analysis set forth in the Report and Recommendation, and given the absence of objections thereto, it is hereby

ORDERED THAT

(1)    Magistrate Judge White's Report and Recommendation [DE-28] is ADOPTED and AFFIRMED;

(2)    Defendant Fogelgren's Motion to Dismiss [DE-26] is DENIED AS MOOT.

ORDERED in Miami, Florida, this 3rd day of November, 2008.

                              PATRICIA A. SEITZ
                              UNITED STATES DISTRICT COURT

cc:
Magistrate Judge White
Counsel of Record