UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-20181-CIV-SEITZ/WHITE

EUGENE MACK,

        Plaintiff,

v.

LINDA LOIZZO, et al.,

        Defendants.
_____/

## ORDER DENYING MOTION FOR STAY OF ORDER PENDING APPEAL

THIS MATTER is before the Court on Plaintiff's Motion For Stay Of Order Pending Appeal [DE-113]. On December 11, 2009, the Court entered an Order Affirming and Adopting the Report and Recommendation of Magistrate Judge Patrick White to dismiss Defendants Daniel Thompson, William Berger, Unidentified City of North Miami Beach Police Officers and the City of North Miami Beach [DE-104]. Defendants Keith Ieruobino and Dennis Fogelgren remain in the litigation and have filed Motions For Summary Judgment [DE-106 and DE-109].

Plaintiff now moves "for a stay of [the Court's December 11, 2009] Order", pending Plaintiff's appeal of this Order to the Eleventh Circuit Court of Appeals. The Court need not stay the effect of its Order during Plaintiff's appeal. The Eleventh Circuit can reinstate those Defendants if it is inclined to do so and Plaintiff can continue to litigate his claims against those Defendants in the event they are reinstated. As a result, having considered the Motion, it is hereby

ORDERED that the Motion For Stay Of Order Pending Appeal [DE-113] is DENIED.

DONE AND ORDERED in Miami, Florida, this 2nd day of February, 2010.

                              PATRICIA A. SEITZ
                              UNITED STATES DISTRICT JUDGE

cc:
Magistrate Judge White
Counsel of Record

*Pro se* Plaintiff Eugene Mack, L23573
Holmes Correctional Institution
3142 Thomas Drive B1122L
Banifay, FL 32425

1